FILED

OCT 3 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HAARUN ABU LATIF MUNIR, a.k.a. Cutty -, a.k.a. Sam -, a.k.a. Harry Truman Hicks,<br><br>Defendant - Appellant. | No. 10-30373<br><br>D.C. No. 4:10-cr-00064-SEH<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Haarun Abu Latif Munir appeals from the 300-month sentence imposed

following his guilty-plea conviction for conspiracy to possess methamphetamine

with intent to distribute, in violation of 21 U.S.C. § 846.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Munir contends that the district court procedurally erred by failing to address his arguments regarding the 18 U.S.C. § 3553(a) sentencing factors. He also contends that the sentence is substantively unreasonable. The record reflects that the district court did not procedurally err and, in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**